# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147852

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

TRAYVEON JAQUEN-DESHAWN JACKSON,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147852
COA: 316994
Saginaw CC: 12-037265-FJ

On order of the Court, the application for leave to appeal the September 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

t1216